**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

FILED

99 JUL 29 PM 2: 56

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ] ] ] | |
| Plaintiff(s), | ] ] | |
| | ] | CV 99-N-346-W |
| vs. | ] ] | |
| CHARLES H. HILL, et al., | ] ] | ENTERED |
| Defendant(s). | | JUL 29 1999 |

### Memorandum Opinion

The court has for consideration the plaintiff's motion for summary judgment, filed

June 14, 1999. Counsel for both defendants have informed the court that they have no

objection to the motion, and that it should be granted. After reviewing the materials

submitted by the plaintiff, as well as the record in the case, this court agrees. The court

concludes that "there is no genuine issue as to any material fact and that the moving party

is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c). Summary judgment will

therefore be granted. The court will enter an appropriate order in conformity with this

memorandum opinion.

Done, this _29ᵗʰ_ of July, 1999.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

